**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 11-7363**

————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

AUBREY VALDEZ MOTON,

        Defendant - Appellant.

————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:08-cr-00165-JFA-1; 3:10-cv-70258-JFA)

————————

Submitted:  October 30, 2012      Decided:  November 8, 2012

————————

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Aubrey Valdez Moton, Appellant Pro Se.  John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aubrey Valdez Moton seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Moton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We note that Moton's claim for retroactive application of the Supreme Court's opinion in Carachuri-Rosendo v. Holder, 130 S. Ct. 2577 (2010), and our opinion in United States v. Simmons,

2

649 F.3d 237, 241-45 (4th Cir. 2011) (en banc), fails in light of our recent opinion in United States v. Powell, 649 F.3d 554 (4th Cir. 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED